AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>DAVID AARON SHELOFSKY<br><br>*Defendant(s)* | Case No. 3:20-mj-00127 |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 26, 2017, to Present  in the county of  Clackamas  in the _____ District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1957 | Money Laundering |

This criminal complaint is based on these facts:

See the attached affidavit of IRS-CI Special Agent Abraham Smith, incorporated herein.

☑ Continued on the attached sheet.

By telephone IAW Fed. R. Crim P. 4.1
*Complainant's signature*

Abraham Smith, IRS-CI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  3:47  p.m.

Date:  06/04/2020

*Judge's signature*

City and state:  Portland, OR                Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*