AO 442 (Rev. 11/11) Arrest Warrant

Certificate of Judge and correct
copy of original filed in this District
Dated: __06/05/2020__

MARY L. MORAN, Clerk of Court
U.S. District Court of Oregon
By: _s/J. Prowell_____

Pages __1__  Through __2__

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:20-mj-00127 |
| DAVID AARON SHELOFSKY | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* David Aaron Shelofsky,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud and Money Laundering.

Date: __06/04/2020__

*Youlee Yim You*
*Issuing officer's signature*

City and state: __Portland, OR__

_____
*Printed name and title*

### Return

This warrant was received on *(date)* __6/4/2020__, and the person was arrested on *(date)* __6/5/2020__
at *(city and state)* __West Linn, Oregon__.

Date: __6/10/2020__

*[signature]*
*Arresting officer's signature*

__Jared Rollins, Special Agent__
*Printed name and title*