AO 442 (Rev. 11/11) Arrest Warrant

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 24 AUG '20 09:49 USDC-ORP

United States of America
v.

DAVID AARON SHELOFSKY

Defendant

) ) ) ) ) ) )

Case No. 3:20-mj-00127

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  David Aaron Shelofsky                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
  Wire Fraud and Money Laundering.

Date:   06/04/2020

City and state:   Portland, OR

*Youlee Yim You*
Issuing officer's signature

Printed name and title

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____
Date: _____
DATE 6/5/2020
ARRESTED BY FBI
U.S. MARSHAL
BY [signature]

Arresting officer's signature

Printed name and title |